IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. CR 07 034 S
) In Violation of 8 U.S.C.
) §§ 1326(a) and (b)(2)
)
SELVIN GAMEZ-PEREZ )

FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

On or about February 23, 2007, Defendant SELVIN GAMEZ-PEREZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

_______________________
Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

_______________________
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

_______________________
GERARD B. SULLIVAN
Assistant U.S. Attorney

DATE: 3-21-07