1303950

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SELVIN GAMEZ-PEREZ

**WARRANT FOR ARREST**

CASE NUMBER: CR07-34S

RECEIVED
U.S. MARSHALS SERVICE
MAR 21 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SELVIN GAMEZ-PEREZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| JEANNINE NOEL | DEPUTY CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| J. Noel | March 21, 2007 - PROVIDENCE, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 03/21/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/27/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.