UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-034S |
| | ) | |
| SELVIN GAMEZ-PEREZ | ) | |

---

NOTICE OF APPEAL

Now comes Selvin Gamez-Perez, and hereby notices the appeal of his sentence to the First Circuit Court of Appeals.

Respectfully submitted
Selvin Gamez-Perez
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Stephen Dambruch, AUSA on the 6th day of September, 2007.

/s/ Mary S. McElroy