UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

RECEIVED

SEP 14 2007

Property of U.S. District Court
District of Rhode Island

September 7, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **USA v. Selvin Gamez-Perez**
**CR07-34S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Seile
Wendy Geile
DEPUTY CLERK

ENC: Notice of Appeal, Copy of Court File, Certified Docket, SOR

9/12/07

COA # 07-2394